# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMGUARD INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PROPERTY MANAGEMENT SERVICES OF BURLINGTON COUNTY LLC,<br><br>Defendant. | Civil Action No.: 1:25-cv-16749-RMB-AMD<br><br>**PLAINTIFF'S NOTICE OF MOTION TO ENTER DEFAULT JUDGMENT**<br><br>Return Date:  February 17, 2026 |

**TO:**  Property Management Services of
Burlington County LLC
22 Washington Street
Mount Holly, New Jersey 08060

**PLEASE TAKE NOTICE** that on February 17, 2026, at 9:00 a.m., or on such date as may be directed by this Court, Plaintiff AmGUARD Insurance Company ("AmGUARD"), by and through its attorneys, Finazzo Cossolini O'Leary Meola & Hager, LLC, shall move before the United States District Court for the District of New Jersey seeking the entry of a Default Judgment against Defendant Property Management Services of Burlington County LLC, pursuant to Fed. R. Civ. P. 55(b)(2).

**PLEASE TAKE FURTHER NOTICE** that in support of its motion, AmGUARD will rely upon the accompanying Memorandum of Law and Certification of Robert J. Pansulla, Esq., with its related exhibits.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order for Default Judgment is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested if the motion is opposed.

|  |  |
|---|---|
| Dated: January 22, 2026 | **FINAZZO COSSOLINI O'LEARY MEOLA & HAGER, LLC** |

By: <u>*/s/ Robert J. Pansulla*</u>
     JEREMIAH L. O'LEARY, ESQ.
     ROBERT J. PANSULLA, ESQ.
     180 Park Avenue, Suite 202
     Florham Park, New Jersey 07932
     (973) 343-4960
     jeremiah.oleary@finazzolaw.com
     robert.pansulla@finazzolaw.com
     *Attorneys for Plaintiff*
     *AmGUARD Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of January 2026, I electronically filed Plaintiff AmGUARD Insurance Company's Notice of Motion to Enter Default Judgment Against Defendant Property Management Services of Burlington County LLC, Certification of Robert J. Pansulla, Esq., and this Certificate of Service with the Clerk of the United States District Court of the District of New Jersey using the CM/ECF system.

I further certify that a true and complete copy of the aforementioned documents have been served upon Defendant Property Management Services of Burlington County LLC by forwarding same via Certified Mail, Return Receipt Requested, and regular mail to:

Property Management Services of
Burlington County LLC
22 Washington Street
Mount Holly, New Jersey 08060

                                              */s/ Robert J. Pansulla*
                                              ROBERT J. PANSULLA, ESQ.